IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MITCHELL P. GEDID,<br>　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. FIRMAN;<br>PENNSYLVANIA NIGHTCLUBS, INC.,<br>d/b/a CLUB ZOO; STEVE MESCAN, in<br>his official and individual capacities;<br>EDWARD CUNNINGHAM, in his official<br>and individual capacities; CITY OF<br>PITTSBURGH; PITTSBURGH BUREAU<br>OF POLICE; and DEPT. OF PUBLIC<br>SAFETY,<br>　　　　Defendants. | 2:07cv73<br>Electronic filing<br><br>Judge David S. Cercone<br>Magistrate Judge Lisa Pupo Lenihan |

## **MEMORANDUM ORDER**

Plaintiff's Complaint was received by the Clerk of Court and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates

The Magistrate Judge's Report and Recommendation recommended that the Motion to Dismiss be granted. No Objections to the Report and Recommendation were filed. After review of the pleadings in this case, the following Order is entered:

AND NOW, this 21ST day of September, 2007:

**IT IS HEREBY ORDERED** that the aforesaid Defendants' Motion to Dismiss be **GRANTED**.   The Clerk shall mark this CASE CLOSED.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

David Stewart Cercone
United States District Judge

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Mitchell P. Gedid
1918 Ellsworth Avenue
Heidelberg, PA 15106

Irving Firman, Esquire
Tucker Arensberg PC
Suite 1500
One PPG Place
Pittsburgh, PA 15222

Bryan Campbell, Esquire
220 Grant Street, 6th Floor
Pittsburgh, PA 15219

Christopher Sichok, Esquire
City of Pittsburgh Law Department
313 City-County Building
414 Grant Street
Pittsburgh, PA 15219